NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Michael C. Baum SBN 65158
Resch, Polster & Berger, LLP
1840 Century Park East, 17th FL
Los Angeles, CA 90067
310-277-8300
310-522-3209
mbaum@rpblaw.com
ATTORNEY(S) FOR: Attorneys for Plaintiff Fabric Selection, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br>Plaintiff(s),<br>v.<br>SALT & PEPPER CLOTHING, INC. a California corporation; AMAZON.COM, INC., a Delaware corporation; and DOES 1 through 10, Inclusive,<br>Defendant(s) | CASE NUMBER:<br>2:17-cv-02597<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Fabric Selection, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Fabric Selection, Inc. | Plaintiff |
| Salt & Pepper Clothing, Inc. | Defendant |
| Amazon.com, Inc. | Defendant |

April 5, 2017
Date

*/s/ Michael C. Baum*
Signature
Michael C. Baum

Attorney of record for (or name of party appearing in pro per):
Plaintiff Fabric Selection, Inc.



American LegalNet, Inc.
www.FormsWorkFlow.com